**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01046-CV

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**DALLAS COUNTY ET AL, Appellee**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. TX-10-31998-C**

## ORDER

Appellant's March 17, 2015 "Amended Motion to Appear at hearing on Fund Plea to Jurisdiction" is **DENIED**.

/s/     DAVID L. BRIDGES
         JUSTICE